UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.07-22738-CIV-KING

BANCREDITO (PANAMA), S.A.,
(IN COMPULSORY LIQUIDATION)
a Panamanian corporation,

    Plaintiff,

v.

UNION PLANTERS BANK, N.A.,
d/b/a REGIONS FINANCIAL CORPORATION,
a Florida foreign profit corporation,

    Defendant.
_____/

## ORDER STRIKING THIRD PARTY COMPLAINT AND DENYING THIRD PARTY DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME AS MOOT

THIS MATTER is before the Court upon Third Party Defendant, Banco Multiple Leon, S.A.'s Motion for Enlargement of Time to Respond to Defendant, Union Planters Bank, N.A.'s Third Party Complaint (D.E. #34), filed August 20, 2008.

On August 7, 2008, the Court entered an Order Denying the Parties' Joint Motion for Continuance of the pretrial and trial dates which had been continued once before. The Court's reasoning for the denial was delineated and the Court suggested that if the joinder of Third Party Defendant Banco Multiple Leon creates a difficulty with regard to the current carefully structured motion and trial schedule, the Defendant, Union Planter Bank should strike the Third Party Complaint from the record and sever the Third Party Defendant Banco Leon. Defendant was given until August 8, 2008 to file such motion.

Failure to file such motion would create the assumption that the parties are ready to proceed to trial on the original complaint as well as the third party complaint as planned. A review of the record shows that Defendant did not file a Motion to Strike the Third Party Complaint.

The instant Motion for Enlargement of Time To Respond to the Third Party Complaint, filed by the Third Party Defendant, Banco Multiple Leon seeks an additional 10 days to files its response. Such an extension, if granted, runs the risk of raising new issues of fact overly close to the carefully scheduled discovery and motion deadlines of September 3, 2008 and September 8, 2008, respectively. The Court will not grant any further continuances and for that reason strikes Defendant's Third Party Complaint from the record without prejudice to allow Defendant Regions Bank to re-file suit against Banco Leon in a separate proceeding.

Accordingly, after careful review of the record and the Court being otherwise fully advised, it is

ORDERED, ADJUDGED and DECREED that Defendant Regions Financial Corporation's Third Party Complaint (**D.E. #30**), filed July 23, 2008, be and the same is hereby **STRICKEN** from the record. The above styled case shall proceed with the original parties as scheduled, with Pretrial Conference on November 21, 2008 and Trial on the Court's two-week calendar commencing December 15, 2008. It is further

ORDERED, ADJUDGED and DECREED that Third Party Defendant, Banco

Multiple Leon, S.A.'s Motion for Enlargement of Time to Respond to Third Party Complaint (**D.E. #34**) be, and the same is hereby **DENIED** as moot.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, dated this 27th day of August, 2008.

```
                              JAMES LAWRENCE KING
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF FLORIDA
```

Copies furnished to:
*Counsel for Plaintiff:*
Maria Isabel Hoelle
Fowler Rodriguez
355 Alhambra Circle
Suite 801
Coral Gables, FL 33134
786-364-8400
Fax: 786-364-8401
Email: mhoelle@frc-law.com

*Counsel for Defendant:*
Angela Dawn Sherrill
Garbett, Bronstein, Stiphany, Allen & Roza, P.A.
Brickell Bayview Centre, Suite 3100
80 Southwest 8th Street
Miami, FL 33130
(305) 536-8856
Fax: (305) 579-4722
Email: asherrill@lbgslaw.com

*Counsel for Third Party Defendant*
Patricia Marie Montes de Oca
Infante, Zumpano, Hudson & Miloch, LLC
500 South Dixie Highway

3

Coral Gables, FL 33146
305-503-2990
Fax: 305-774-5908
Email: Patricia.MontesdeOca@izhmlaw.com